UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO BETTS,

        Petitioner,         Case No. 1:10cv536

v.        Hon. Robert J. Jonker

KENNETH MCKEE,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 9, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 9,2013,, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the habeas corpus petition is **DENIED** as barred by the one year statute of limitations.

                /s/ Robert J. Jonker
                ROBERT J. JONKER
                UNITED STATES DISTRICT JUDGE

DATED:  August 30, 2013.